Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 329-0120
Facsimile:   (646) 328-0121
William R. Bennett, III  (WB 1383)
wbennett@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SINORICHES ENTERPRISES CO., LTD.,

                    Plaintiff,

      - against -

YINGKOU ASTRON CHEMICALS CO., LTD.,

                   Defendants.
-----------------------------------------------------------X

08-CIV- 1162

**7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which own 10 percent or more of said parties' stock: NONE.

Dated: New York, New York
       February 1, 2008

                                  Bennett, Giuliano, McDonnell & Perrone, LLP
                                  Attorneys for Plaintiffs

                                  /s/ William R. Bennett
                                  _____
                                  William R. Bennett, III   (WRB 1328)
                                  494 Eighth Avenue, 7th Floor
                                  New York, New York 10001
                                  Telephone:    (646) 328-0120