```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

**Bennett, Giuliano, McDonnell & Perrone, LLP**
**Attorneys for Plaintiff**
**494 Eighth Avenue, 7th Floor**
**New York, New York 10001**
**Telephone:   (646) 328-0120**
**Facsimile:    (646) 328-0121**
**William R. Bennett, III  (WB 1383)**
**wbennett@bgmplaw.com**

**JUDGE CASTEL**

**08 CV 1162**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SINORICHES ENTERPRISES CO., LTD.,                08-CIV-

            Plaintiff,

       - against -                                 **ORDER FOR APPOINTMENT**
                                                   **TO SERVE PROCESS OF**
                                                   **MARITIME ATTACHMENT**
YINGKOU ASTRON CHEMICALS CO., LTD.,                **AND GARNISHMENT**

            Defendants.
------------------------------------------------------------X

Plaintiff, having moved for an Order pursuant to Fed. R. Cic. P. Rule 4(c) appointing

William R. Bennett, III or any other person appointed by Bennett, Giuliano McDonnell &

Perrone, LLP, to serve process of attachment and garnishment in this matter, and it appearing

from the affidavit of William R. Bennett, III, Esq., that such appointment will result in

substantial economies in time and expense,

    **NOW,** on motion of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for

plaintiff, it is

    **ORDERED** that William R. Bennett, III or any other person at least 18 years of age and

not a party to this action, appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be and

hereby is appointed to serve process of attachment and garnishment in this matter.

Dated: New York, New York
       February 1, 2008

_____
                U.S.D.C.J.

2-6-08