# Bennett, Giuliano, McDonnell & Perrone, LLP

| New Jersey Office: | 494 Eighth Avenue, 7th Floor<br>New York, New York 10001 | Florida Office: |
|---|---|---|
| 201 Littleton Road<br>P.O. Box 513<br>Morris Plains, NJ 07950<br>Tel (973) 387-0436<br>Fax (973) 796-1884 | Telephone: (646) 328-0120<br>Telefax: (646) 328-0121<br>www.bgmplaw.com | 6615 West Boynton Beach Blvd<br>No 351<br>Boynton Beach, FL 33437<br>Tel (561) 337-8816<br>Fax (561) 337-4655 |

**MEMO ENDORSED**

April 17, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08
```

Via Facsimile (212) 805-7949

Drew D'Agostino
Deputy Clerk to the Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, New York 10007

Re: Sinoriches Enterprises Co., Ltd. v. Yingkou Astron Chemicals Co., Ltd.
Case No.: 08-CIV-1162 (PKC)
Our File No.: D766

Dear Mr. D'Agostino,

We represent Plaintiff Sinoriches Enterprises Co., Ltd. and write to request an adjournment of tomorrow's initial pretrial conference.

This is a contract case involving a Rule B. Process of Maritime Attachment and Garnishment. Despite the fact that a portion of defendant's funds has been attached, defendant has not yet put in an appearance. However, since the attachment, the defendant and our client have been in contact and are attempting to negotiate a settlement.

As a result, we request that the Court adjourn the initial pretrial conference for thirty days to give the defendant an opportunity to either file an Answer or resolve this dispute.

Thank you for your time and attention to this matter.

*The initial pretrial conference is adjourned to May 30, 2008 at 3:00 p.m.*

Very truly yours,

Nicholas P. Giuliano

Application Granted.

So Ordered:
_____
Hon. P. Kevin Castel, U.S.D.J.
4-17-08