# Bennett, Giuliano, McDonnell & Perrone, LLP

| **New Jersey Office:** | **494 8th Avenue, 7th floor** | **Florida Office:** |
|---|---|---|
| 201 Littleton Road | **New York, New York 10001** | 6615 West Boynton Beach Blvd. |
| P.O. Box 513 | | No. 351 |
| Morris Plains, NJ 07950 | **Telephone: (646) 328-0120** | Boynton Beach, FL 33437 |
| Tel. (973) 387-0486 | **Telefax: (646) 328-0121** | Tel. (561) 337-8810 |
| Fax (973) 796-2884 | www.bgmplaw.com | Fax. (561) 337-4653 |

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: 5/28/08**

## MEMO ENDORSED

William R. Bennett, III, *Partner*
wbennett@bgmplaw.com

May 28, 2008

*Via Facsimile (212) 805-7949*

Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, New York 10007

*[Handwritten endorsement: Initial conference adjourned from May 30 to September 5, 2008 at 12:00 pm. SO ORDERED. /s/ P. Kevin Castel, USDJ, 5-28-08]*

Re: Sinoriches Enterprises Co., Ltd. v. Yingkou Astron Chemicals Co., Ltd.
Case No.: 08-CIV-1162 (PKC)
Our File No.: D766

Dear Judge Castel,

We represent the Plaintiff, Sinoriches Enterprises Co., Ltd., in the above-referenced Rule B matter. On May 22, 2008 we faxed a letter to Your Honor requesting a 90-day adjournment of the conference scheduled for May 30, 2008, or, in the alternative, a stay of the action pending completion of arbitration in Hong Kong. Earlier today, we spoke with your chambers and were informed that they were unable to locate our letter, and therefore, they directed us to re-send a copy of the letter to Your Honor. Attached please find a copy of the letter that we originally faxed to Your Honor on May 22, 2008.

We apologize for the inconvenience and thank you for your courtesies with regard to this matter.

Very Truly Yours,

*[Signature]*
William R. Bennett, III

Encl.