# Bennett, Giuliano, McDonnell & Perrone, LLP

| New Jersey Office: | 494 8th Avenue, 7th floor | Florida Office: |
|---|---|---|
| 201 Littleton Road | New York, New York 10001 | 6615 West Boynton Beach Blvd. |
| P.O. Box 513 | | No. 351 |
| Morris Plains, NJ 07950 | Telephone: (646) 328-0120 | Boynton Beach, FL 33437 |
| Tel. (973) 387-0486 | Telefax:   (646) 328-0121 | Tel. (561) 337-8816 |
| Fax (973) 796-2884 | www.bgmplaw.com | Fax. (561) 337-4653 |

William R. Bennett, III, *Partner*
wbennett@bgmplaw.com

**MEMO ENDORSED**

September 4, 2008

Via Facsimile (212) 805-7949

Hon. P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, New York 10007

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 9/5/08]

[Handwritten endorsement: Conference adjourned from September 5th to November 26, 2008 at 9:30 a.m. SO ORDERED. PKC USDJ 9-4-08]

Re:   Sinoriches Enterprises Co., Ltd. v. Yingkou Astron Chemicals Co., Ltd.
      Case No.: 08-CIV-1162 (PKC)
      Our File No.: D766

Dear Judge Castel,

We represent the Plaintiff, Sinoriches Enterprises Co., Ltd., in the referenced Rule B matter and write to request a 90-day adjournment of the conference scheduled for tomorrow September 5, 2008 or, in the alternative, a stay of the action pending completion of arbitration in London.[1] The defendant has not appeared in the referenced action.

This is our third request for an adjournment of the initial pre-trial conference. Thank you for your time and attention to this matter.

Respectfully submitted,

William R. Bennett, III

---

[1] Our previous letter to Your Honor referred to arbitration in Hong Kong, we were subsequently advised by our client that arbitration was to proceed in London.